## Holmberg, Inc. *v.* Continental-Wirt Electronics Corp., Appellant.

Argued June 21, 1971. *John T. Clary,* with him *Andrew F. Mimnaugh* and *Thomas J. Mullaney,* for appellant; *Henry A. Stein,* with him *Mesirov, Gelman, Jaffe & Levin,* for appellee.

Judgment affirmed.

## Industrial Valley Bank and Trust Company *v.* Norman et ux., Appellants.

Argued June 17, 1971. *Thomas A. Ehrgood,* with him *Ehrgood and Ehrgood,* for appellants; *Charles V. Henry, III,* for appellee.

Orders affirmed.

SPAULDING, J., absent.